```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 02828
   RAMIZA HUSENOVIC
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-2396

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/08/08 .

     2.  The case was dismissed without confirmation, 06/06/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL   CURRENT MORTG            .00            .00           .00
COUNTRYWIDE FINANCIAL   MORTGAGE ARRE   NOT FILED             .00           .00
        Summary of disbursements:
------------------------------------------------------------------------
               SECURED      PRIORITY   UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00        .00          .00         .00           .00
PRINCIPAL PAID        .00        .00          .00         .00           .00
INTEREST PAID         .00        .00          .00         .00           .00
TOTAL PAID            .00        .00          .00         .00           .00
The Debtor's attorney, RICHARD S BASS              , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




   Dated: 09/10/08              /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE
```

PAGE 2
CASE NO. 08 B 02828 RAMIZA HUSENOVIC